AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Tyrone Gibson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-03371-TSC |
| Kirkland & Ellis, LLP | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kirkland & Ellis LLP.

Date: 03/26/2024

/s/ Esther Lander
*Attorney's signature*

Esther Lander (DC Bar No. 461316)
*Printed name and bar number*
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037

*Address*

elander@orrick.com
*E-mail address*

(202) 339-8529
*Telephone number*

(202) 339-8500
*FAX number*