**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TYRONE GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-03371-TSC |
| | ) | |
| KIRKLAND & ELLIS, LLP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Erica Bilkis of the law firm Alan Lescht & Associates, P.C., as counsel for Plaintiff Tyrone Gibson in the above-captioned case.

Date: October 21, 2024

Respectfully submitted,

By: /s/ Erica Bilkis
Erica Bilkis [Bar No. 90026399]
Alan Lescht and Associates, P.C.
1825 K Street NW, Suite 750
Washington, DC 20006
T: (202) 315-1744
erica.bilkis@leschtlaw.com
*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served on all parties of record on October 21, 2024.

/s/ Erica Bilkis
Erica Bilkis