UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TYRONE GIBSON,<br><br>      Plaintiff,<br><br>      v.<br><br>KIRKLAND & ELLIS, LLP,<br><br>      Defendant. | Civil Action No. 1:23-cv-03371-TSC |

## JOINT STATUS REPORT

The parties—Plaintiff Tyrone Gibson and Defendant Kirkland & Ellis LLP —by undersigned counsel, jointly and respectfully submit this Joint Status Report. The parties state the following: Mediation was held on January 13, 2026. The parties have reached an agreement in principle to resolve this matter and anticipate filing a stipulation of dismissal with prejudice within 30 days.

Dated: January 27, 2026

*/s/ Mark R. Thompson*
Esther Lander (Bar No. 461316)
Lynne Hermle (*pro hac vice*)
Mark R. Thompson (*pro hac vice*)
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
elander@orrick.com
lchermle@orrick.com
mthompson@orrick.com
*Defendant's Counsel*

Respectfully submitted,

*/s/ Erica Bilkis* (*signed with permission*)
Erica Bilkis (D.C. Bar No. 90026399)
Katherine Lease (D.C. Bar No. 1722844)
Alan Lescht and Associates, P.C.
1825 K St. NW Suite 750
Washington, DC 20006
Erica.bilkis@leschtlaw.com
Katherine.lease@leschtlaw.com
*Plaintiff's Counsel*